## AULICK *v.* AULICK.

**Concealment of Will — Specific Execution of Contract.**

> A petition to compel a specific execution of a contract to divide an
> estate, without reference to a will, where the evidence and circumstances
> of the case develop the knowledge of the suppression of the truth and
> a suggestion of what was not the truth, wholly incompatible with candor
> and fair dealing, will be dismissed.

APPEAL FROM PENDLETON CIRCUIT COURT.

June 28, 1866.

OPINION OF THE COURT BY JUDGE MARSHALL:

Charles A. Aulick made his will about a year before his death;
immediately upon his decease this will was found, opened, and
taken possession of by two of his sons to whom he had devised
nothing.

They concealed the will, and soon after procured all the
children save F. F. Aulick to sign a writing to divide the estate
according to law, independent of any will which might thereafter
be discovered, which contract recites that it has been suggested
that their father had left a will *" the contents of which are
unknown."*

It becoming known that the two sons had possession of the will,
a motion was made in the County Court to have it recorded, and
a rule against those who had it in custody to produce it for that
purpose, which they were compelled to do, and the appellants re-
sisted the recording. After it was ordered to record by the County
Court, F. F. Aulick arrived from Missouri, where he had for
several years lived, and without informing him of such will and
recording in the County Court of Pendleton, his signature to
said writing was obtained.

Appellants then filed this petition to compel a specific execution
of the contract, and the Circuit Court on final hearing very
properly dismissed their petition. The evidence and circum-
stances of this case develop knowledge of the will, the concealment
both of its knowledge and the will, a suppression of the truth, and
a suggestion of what was not the truth, wholly incompatible with
candor and fair dealing and the rights of appellees.

Wherefore, the judgment is affirmed.